**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ROBIN D. MCCUSKER
Plaintiff

v.

WASHINGTON MUTUAL BANK,
Defendant

C.A.:08-144ML

**STIPULATION**

Now come the parties and agree that Defendant Washington Mutual Bank, may have an extension of time, up to and including July 16, 2008 in which to answer or otherwise respond to Plaintiff's Complaint.

ROBIN D. MCCUSKER

By Her Attorney,

CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE, P.C.

/s/
Christopher M. Lefebvre (629056
P.O. Pox 479
Pawtucket, RI 02862
Tel: 401-728-6060
Fax: 401-728-6534

WASHINGTON MUTUAL BANK,

By Its Attorneys,

PARTRIDGE SNOW & HAHN, LLP

/s/
Thomas J. Enright (BBO# 664564)
2364 Post Road, Suite 100
Warwick, RI 02886
Tel: 401-681-1900
Fax: 401-681-1910

Dated: July 9, 2008